

**SCHIFF HARDIN LLP**

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/12

666 FIFTH AVENUE, 17TH FLOOR
NEW YORK, NEW YORK 10103

t 212.753.5000
f 212.753.5044
www.schiffhardin.com

March 9, 2012

**Application Granted / Denied**
So Ordered.

*Cathy Seibel*
Cathy Seibel, U.S.D.J.

Dated: 3/12/12

**VIA TELECOPY: 914 390-4278**

Hon. Cathy Seibel
United States District Judge
U.S. District Court for the Southern
  District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re: Transeo S.A.R.L. v. Bessemer Venture
Partners VI L.P., et al., 11 CV 5331

Dear Judge Seibel:

This firm is being substituted as counsel for plaintiff Transeo S.A.R.L. in place of Watson, Farley & Williams (New York), L.L.P. A stipulation of substitution for Your Honor's approval has been filed by ECF, and counsel for defendants has been advised of the substitution.

I write to request that the Court adjust the schedule set in its docket minute entry of January 6, 2012. At that time, it was anticipated that a mediation before Magistrate Judge Davison would take place during the month of March. Unfortunately, the mediation was postponed until April 3, 2012. Without an adjustment to the existing schedule, plaintiff will have to file a further amended complaint (now due on March 12) and defendants will have to make their motion to dismiss (now due on April 2) even before the mediation process begins.

Accordingly, plaintiff and defendants jointly request that the schedule be modified as follows: if the action is not settled by May, plaintiff to file a further amended complaint, if any, by May 14, 2012; defendants to file their motion to dismiss by June 4, 2012; plaintiff to file papers opposing the motion to dismiss by June 29, 2012 (originally due April 29, 2012) ; defendants to file reply papers, if any, on the motion to dismiss by July 13, 2012 (originally due May 14, 2012).

There has been no prior request for an adjournment of these dates.

Respectfully submitted,

David Jacoby



cc.: Michael B. Carlinsky, Esq. (by 'fax)
Hilary R. Ormond, Esq. (by 'fax)
Philippe C.M. Manteau, Esq.

NY\51142922.1



# SCHIFFHARDIN LLP

666 Fifth Avenue, 17th Floor, New York, NY 10103 · 212.753.5000
Facsimile 212.753.5044

|  |  |
|---|---|
| ATTORNEY NO.: | 2524 |
| CLIENT/MATTER NO.: | 41230-0000 |
| DATE: | March 9, 2012 |

## FACSIMILE TRANSMITTAL SHEET

### TO THE FOLLOWING:

| Name | Company | Fax Number | Phone Number |
|---|---|---|---|
| HON. CATHY SEIBEL | U.S. DISTRICT JUDGE | 914 390-4278 | |
| MICHAEL B. CARLINSKY, ESQ. | QUINN EMANUEL URQUHART OLIVER & HEDGES LLP | 212 849-7000 | |
| HILRY R. ORMAND, ESQ. | QUINN EMANUEL URQUHART OLIVER & HEDGES LLP | 212 849-7000 | |

FROM:   David Jacoby                                       DIRECT DIAL NO.:   212-745-0876

Transmission consists of cover sheet plus 2 page(s).

If there are any problems with this transmission, please call 212 745-0876.

COMMENTS:

Please see attached.

IMPORTANT - THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT READING, DISSEMINATING, DISTRIBUTING OR COPYING THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU

(For Internal Use Only) PLEASE RETURN THIS DOCUMENT TO:

Name:  David Jacoby
SENT OUT:
Date: _____ Time: _____ A.M./P.M.
By: _____

Transmittal Problems:
☐ Constant Busy
☐ Constant Ringing
☐ Bad Line
☐ Equipment Problem

Time
_____
_____
_____
_____