UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
TRANSEO S.A.R.L.,

            Plaintiff,

    v.

BESSEMER VENTURE PARTNERS VI
L.P., BESSENER VENTURE PARTNERS
VI INSTITUTIONAL L.P., and
BESSEMER VENTURE PARTNERS
CO-INVESTMENT L.P.,

            Defendants.
------------------------------------------------------X

11 CIV 5331 (CS)(PED)

**STIPULATION AND ORDER OF
SUBSTITUTION OF COUNSEL
FOR PLAINTIFF TRANSEO SARL**

      **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel and pursuant to Local Civil Rule 1.4 of the U.S. District Court for the Southern District of New York, that the law firm of Schiff Hardin LLP is hereby substituted in place and in the stead of the law firm of Watson, Farley & Williams (New York), LLP as counsel of record for plaintiff Transeo S.A.R.L. in the above-captioned action.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/22/12

**PLEASE TAKE NOTICE** that all pleadings, notices of hearing, and other filings in this matter shall be served upon the undersigned incoming counsel at the address set forth below.

Dated: New York, New York
       March 1, 2012

| WATSON, FARLEY & WILLIAMS, LLP (NEW YORK), LLP | SCHIFF HARDIN LLP |
|---|---|
| By: /s/ Neil A. Quartaro | By: /s/ Phillipe C.M. Manteau |
| Neil A. Quartaro | Phillipe C.M. Manteau |
| Outgoing Counsel for Plaintiff Transeo SARL | David Jacoby |
| 1133 Avenue of the Americas, 11th Floor, | Incoming Counsel for Plaintiff Transeo SARL |
| New York, N.Y. 10036 | 666 Fifth Avenue, 17th Floor |
| Phone (212) 922-2214 | New York, New York 10103 |
| Fax (212) 922-1512 | Phone (212) 753-5000 |
| nquartaro@wfw.com | Fax (212) 753-5044 |
|  | pmanteau@schiffhardin.com |
|  | djacoby@schiffhardin.com |

SO ORDERED

/s/ Cathy Seibel

The Honorable Cathy Seibel
United States District Judge

3/21, 2012

NY\51141365.1