

**SCHIFF HARDIN**LLP

666 FIFTH AVENUE, 17TH FLOOR
NEW YORK, NEW YORK 10103
t 212.753.5000
f 212.753.5044
www.schiffhardin.com

David Jacoby
212 745-0876
djacoby@schiffhardin.com

MEMO ENDORSED

May 14, 2012

There being no opposition, it is So Ordered.

*Cathy Seibel*
Cathy Seibel, U.S.D.J.

Dated: 5/22/12

**VIA TELECOPY: 914 390-4278**

Hon. Cathy Seibel
United States District Judge
U.S. District Court for the Southern
  District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re: Transeo S.A.R.L. v. Bessemer Venture
Partners VI L.P., et al., 11 CV 5331

Dear Judge Seibel:

This firm represents the existing plaintiff Transeo S.A.R.L. in this action. We will be filing today a Second Amended Verified Complaint in accordance with the timetable previously set by the Court, the parties having been unable to reach a settlement despite the efforts of Magistrate Judge Davison during April.

As defense counsel is aware from discussions at that time, among other changes, another shareholder of Neutral Holdings, Inc., has decided to join the action as a plaintiff, and a derivative claim is being asserted, as previously discussed before Your Honor. In consequence, there are additional parties as plaintiff and as defendants in the Second Amended Verified Complaint. We respectfully ask that the Court grant leave for the caption of Second Amended Verified Complaint to read as follows:

TRANSEO S.A.R.L. AND PHILIPPE
GELBLAT,

          Plaintiffs

          v.

BESSEMER VENTURE PARTNERS VI
L.P., BESSEMER VENTURE PARTNERS
VI INSTITUTIONAL L.P., AND

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/12



Hon. Cathy Seibel
Page -2-

BESSEMER VENTURE PARTNERS CO-INVESTMENT L.P., ET AL.,

　　　　　　Defendants.

---

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　David Jacoby

cc.:　Michael B. Carlinsky, Esq. (by 'fax)
　　　Hilary R. Ormond, Esq. (by 'fax)
　　　Philippe C.M. Manteau, Esq.

NY\51172392.1

05/14/2012 16:40 FAX ☑001/003



# SCHIFFHARDIN LLP

666 Fifth Avenue, 17th Floor, New York, NY 10103 · 212.753.5000
Facsimile 212.753.5044

ATTORNEY NO.: 2524
CLIENT/MATTER NO.: 41230-0000
DATE: May 14, 2012

## FACSIMILE TRANSMITTAL SHEET

### TO THE FOLLOWING:

| Name | Company | Fax Number | Phone Number |
|---|---|---|---|
| HON. CATHY SEIBEL | U.S. DISTRICT JUDGE | 914 390-4278 | |
| MICHAEL B. CARLINSKY, ESQ. | QUINN EMANUEL URQUHART OLIVER & HEDGES LLP | 212 849-7100 | |
| HILARY R. ORMAND, ESQ. | QUINN EMANUEL URQUHART OLIVER & HEDGES LLP | 212 849-7100 | |

FROM: David Jacoby          DIRECT DIAL NO.: 212-745-0876

Transmission consists of cover sheet plus 2 page(s).

If there are any problems with this transmission, please call 212 745-0876.

COMMENTS:

Please see attached.

IMPORTANT - THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT READING, DISSEMINATING, DISTRIBUTING OR COPYING THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU

(For Internal Use Only) PLEASE RETURN THIS DOCUMENT TO:

Name: David Jacoby
SENT OUT:
Date: _____ Time: _____ A.M./P.M.
By: _____

Transmittal Problems:
☐ Constant Busy            Time
☐ Constant Ringing
☐ Bad Line
☐ Equipment Problem

NY\51143074.1