AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 11 CV 5331 (CS).

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P.4(l))*

This summons & complaint for *(name of individual and title, if any)* **Deer VI & Co. LLC** was received by me on **5/18/2012**.

[ ] I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____ at _____, and mailed a copy to the individual's last known address; or

[ **X** ] I served the summons & complaint *(name of individual)* **Paul Matthews, assistant secretary**, who is designated by law to accept service of process on behalf of *(name of organization)* **Deer VI & Co. LLC**, at **c/o Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, DE, 19808** on *(date)* **5/18/2012** at **4:28 p.m.**; or

[ ] I returned the summons unexecuted because _____ ; or

[ ] Other *(specify)*:

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that is information is true.

Date: **5/22/2012**

_____
Server's signature
**Conner D. O'Rourke**, Special Process Server

O'Rourke Investigative Associates, Inc.
1225 North King Street, Suite 400
P. O. Box 368
Wilmington, DE 19899-0368

Additional information regarding attempted service, etc: