# quinn emanuel trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL: (212) 849-7000 FAX: (212) 849-7100

WRITER'S DIRECT DIAL NO.
(212) 849-7153

WRITER'S INTERNET ADDRESS
hilaryormond@quinnemanuel.com

*[Handwritten note:] Schedule approved: both parties may have up to 35 pages for their briefs (moving + opposing); reply should be kept to 15).*

June 4, 2012

**So Ordered.**

*[Signature]* Cathy Seibel

Cathy Seibel, U.S.D.J.

Dated: 6/4/12

VIA FACSIMILE
914-390-4278

Honorable Cathy Seibel
United States District Court for the Southern
District of New York
The Hon. Charles L. Brieant Jr. Federal
Building and Courthouse
300 Quarropas Street, Room 218
White Plains, NY 10601-4150

Re:   Transeo S.A.R.L., et al. v. Bessemer Venture Partners VI L.P., et al., 11 CV 5331

Dear Judge Seibel:

We represent Defendants Bessemer Venture Partners VI L.P., Bessemer Venture Partners VI Institutional L.P., and Bessemer Venture Partners Co-investment L.P. (collectively, "Defendants") in the above-referenced action. We write to request that the Court (i) adjust the briefing schedule for Defendants' anticipated motion to dismiss and (ii) permit the Defendants to file an oversized brief.

By way of background, Plaintiff Transeo S.A.R.L. ("Transeo") filed its Second Amended Complaint (the "Complaint") on May 14, 2012. The Complaint added a plaintiff, four defendants and five causes of action, including a derivative claim. Prior to the filing of the Complaint, the parties had agreed that Defendants' motion to dismiss would be due by June 4, 2012, opposing papers would be due by June 29, 2012, and reply papers would be due by July 13, 2012. The parties submitted a letter to that effect on March 9, 2012, and the Court so-ordered the letter on March 12, 2012.

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois 60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia 20004-2400 | TEL (202) 538-8000 FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Erzbergerstraße 5, 68165 Mannheim, Germany | TEL +49(0) 621 43298 6000 FAX +49(0) 621 43298 6100
MOSCOW | Voentorg Building, 3rd Floor, 10 Vozdvizhenka Street, Moscow 125009, Russia | TEL +7 495 797 3666 FAX +7 495 797 3667

The parties have agreed to a short extension of the briefing schedule, and jointly request that the schedule be modified as follows: Defendants to serve their motion to dismiss by June 13, 2012; Plaintiffs to serve their papers opposing any motion to dismiss by July 13, 2012; and Defendants to serve their reply papers on the motion to dismiss by July 27, 2012.

In addition, pursuant to Your Honor's Individual Practices, Defendants respectfully request an additional ten pages for Defendants' Motion to Dismiss the Second Amended Complaint. Defendants intend to move to dismiss the Plaintiffs' Second Amended Complaint in its entirety, and twenty-five pages is proving insufficient to adequately address all of the nine claims that Plaintiffs have asserted against the eight named Defendants. We conferred with counsel for the Plaintiffs, who has objected to our request. In light of the fact that Plaintiffs have declined our request, they will not be prejudiced by the Court granting Defendants' reasonable request.

Respectfully submitted,

*Hilary R Ormond*

Hilary R. Ormond


cc:   David E. Jacoby, Esq.
      Philippe C.M. Manteau, Esq.

# QUINN EMANUEL URQUHART & SULLIVAN, LLP

| | | | |
|---|---|---|---|
| **LOS ANGELES** | **NEW YORK** | **SAN FRANCISCO** | |
| 865 South Figueroa Street, 10th Floor | 51 Madison Avenue, 22nd Floor | 50 California Street, 22nd Floor | |
| Los Angeles, CA 90017-2543 | New York, NY 10010-1601 | San Francisco, CA 94111-4788 | *INTERNATIONAL OFFICES:* |
| (213) 443-3000 | (212) 849-7000 | (415) 875-6600 | |
| Facsimile: (213) 443-3100 | Facsimile: (212) 849-7100 | Facsimile: (415) 875-6700 | LONDON |
| | | | TOKYO |
| **SILICON VALLEY** | **CHICAGO** | **WASHINGTON, DC** | MANNHEIM |
| 555 Twin Dolphin Drive, 5th Floor | 500 W. Madison Street, Suite 2450 | 1299 Pennsylvania Avenue NW | MOSCOW |
| Redwood Shores, CA 94065-2139 | Chicago, IL 60661-2510 | Suite 825 | HAMBURG |
| (650) 801-5000 | (312) 705-7400 | Washington, DC 20004-2400 | |
| Facsimile: (650) 801-5100 | Facsimile: (312) 705-7401 | (202) 538-9000 | |
| | | Facsimile: (202) 538-8100 | |

## NEW YORK OFFICE
## FACSIMILE TRANSMISSION

**DATE:** June 4, 2012                    **NUMBER OF PAGES, INCLUDING COVER: 3**

| **NAME/COMPANY** | **PHONE NO.** | **FAX NO.** |
|---|---|---|
| Honorable Cathy Seibel<br>United States District Court for the Southern District of New York | | 914-390-4278 |

**FROM:** Hilary Ormond
(212) 849-7153
hilaryormond@quinnemanuel.com

**RE:** Transeo S.A.R.L., et al. v. Bessemer Venture Partners VI L.P., et al., 11 CV 5331

**MESSAGE:**

| CLIENT # | 62232 | ROUTE/RETURN TO: | Hilary Ormond | ☒ CONFIRM FAX<br>☒ INCLUDE CONF. REPORT |
|---|---|---|---|---|
| OPERATOR: | | | CONFIRMED? ☐ No ☐ YES: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (212) 849-7000 AS SOON AS POSSIBLE.