# **AFFIDAVIT OF SERVICE**

## UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 11 CV 5331 (CS)                                    Date Filed: _____

Plaintiffs:
**TRANSEO S.A.R.L. and PHILIPPE GELBAT**

vs.

Defendants:
**BESSEMER VENTURE PARTNERS VI L.P., et al**

For:
Schiff Hardin, LLP
666 Fifth Avenue, 17th Floor
New York, NY  10103

Received by Lex-Serv, LLC   (DCA # 1413475) to be served on **Jeremy Levine, 113 Greene Street, Apt #3, New York, NY 10012.**

I, Nicholas Kelly, being duly sworn, depose and say that on the **30th day of May, 2012** at **9:15 am, I:**

**AFFIXED** a true copy of the **Summons in a Civil Action, Jury Trial Demand and Complaint** to the door at the address of: **113 Greene Street, Apt #3, New York, NY 10012**, the same being the defendant/respondent's place of **Abode** within the State of New York.  Deponent completed service by mailing a true copy of the **Summons in a Civil Action, Jury Trial Demand and Complaint** in a postpaid envelope to the address of: **113 Greene Street, Apt #3, New York, NY 10012** bearing the words "Personal & Confidential" by First Class Mail on **5/30/2012** and placed in an official depository of the U.S.P.S. in the State of New York.

**Additional Information pertaining to this Service:**
5/17/2012  4:43 pm   Attempted service at , 113 Greene  Street apt #3
5/18/2012  3:50 pm   Attempted service at , 113 Greene  Street apt #3
5/23/2012  7:10 pm   Attempted service at , 113 Greene  Street apt #3
5/31/2012  11:59 am   Deponent  says that on the May 30th, 2012 attempt, a female came to the door and identified herself as "The Live in Nanny" .Deponent stated that he has a Summons and Complant for MR. Levine and  could she accept the papers on Jeremy Levine's behalf. She said she would need to call Mr. Levine first. She shut the door and  did not return. After 15 minutes, deponent posted the  documents to the door and left the premises

I certify that I am not a party herein, I am a resident of the State of New York and I am over the age of 18.

Subscribed and Sworn to before me on the 31st day
of May, 2012 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

DANIEL A. LEVINE
NOTARY PUBLIC-STATE OF NEW YORK
No.01LE6154152
Qualified in Queens County
My Commission Expires:
October 23, 2014

_____
Nicholas Kelly
1284490

Lex-Serv, LLC   (DCA # 1413475)
211 East 43rd Street
Suite 1804
New York, NY 10017
(212) 661-1180
Our Job Serial Number: LXS-2012000980

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m