

| | |
|---|---|
| Philippe C.M. Manteau<br>pmanteau@schiffhardin.com<br>(212) 745-0856 | 666 FIFTH AVENUE, 17TH FLOOR<br>NEW YORK, NEW YORK 10103<br>t 212.753.5000<br>f 212.753.5044<br>www.schiffhardin.com |

June 5, 2012

**VIA FACSIMILE**
**914-390-4278**

Honorable Cathy Seibel
United States District Court for the Southern
District of New York
The Hon. Charles L. Brieant Jr. Federal
Building and Courthouse
300 Quarropas Street, Room 218
White Plains, NY 10601-4150

       Re:    <u>Transeo S.A.R.L., et al. v. Bessemer Venture Partners VI L.P., et al., 11 CV 5331</u>

Dear Judge Seibel:

       We represent Plaintiffs in the referenced action. We write briefly to explain our opposition to the Defendants' request to expand the length of their motion to dismiss brief.

       As I advised defense counsel, adding pages to the moving brief only makes it likely that Plaintiffs will seek to add pages, too. This is a motion to dismiss; there ought to be little need for fact exigesis. The Court's page limits are of general applicability and nothing makes this case appear unusual. What is certain is that expanding one or both of the main briefs by 40 percent will increase the costs for the parties and the Court's time in review significantly.

       We join in the schedule adjustment request.

Respectfully submitted,

David E. Jacoby

Cc:   Michael Carlinsky (via e-mail)
       Hilary Ormond (via e-mail)

NY\51179385.1