

## RETURN OF SERVICE

00517380/sh

| | | |
|---|---|---|
| STATE OF WASHINGTON ) | | NO. 11 CV 5331 (CS) NEW YORK UNITED STATES DISTRICT COURT for the |
| ) ss. | | |
| COUNTY OF KING ) | | |

TRANSEO S.A.R.L. and PHILLIPPE GELBAT

vs.

BESSEMER VENTURE PARTNERS VI L.P., et al.

PROCESS: Summons in a Civil Action & Second Amended Verified Complaint

DATE RECEIVED:   5/22/2012
DATE SERVED:    5/23/2012 @ 8:30 AM
DATE OF RETURN:  5/24/2012
NAMED PARTY:    <u>JEFF ERWIN</u>

I, SCOTT ALLEN, BEING FIRST DULY SWORN, UPON OATH, DEPOSE AND STATE THAT I AM A CITIZEN OF THE UNITED STATES, A CITIZEN AND RESIDENT OF THE STATE OF WASHINGTON, OVER THE AGE OF EIGHTEEN YEARS, NOT A PARTY TO, NOR INTERESTED IN ANY WAY IN THIS ACTION, AM COMPETENT TO BE A WITNESS THEREIN. I AM A DULY APPOINTED, QUALIFIED DEPUTY SHERIFF OF THE KING COUNTY SHERIFF'S OFFICE, KING COUNTY, STATE OF WASHINGTON, AND WAS SUCH DEPUTY SHERIFF AT ALL TIMES HEREIN MENTIONED. UNDER THE STATUTES OF THE STATE OF WASHINGTON, A DEPUTY SHERIFF POSSESSES THE POWER TO PERFORM CERTAIN DUTIES PRESCRIBED BY LAW TO BE PERFORMED BY THE SHERIFF, INCLUDING SERVING OR EXECUTING ACCORDING TO LAW ALL PROCESS, WRITS, PRECEPTS, AND ORDERS ISSUED OR MADE BY LAWFUL AUTHORITY AND TO HIM DIRECTED.

I RECEIVED A TRUE COPY OF THE ABOVE NAMED PROCESS AND, AFTER DILIGENT SEARCH AND INQUIRY, I WAS UNABLE TO FIND <u>JEFF ERWIN</u>, NAMED PARTY, SO I SERVED A PERSON OF SUITABLE AGE AND DISCRETION, THEN RESIDENT THEREIN, AT THE SHARED RESIDENCE AND USUAL ABODE OF THE NAMED PARTY, BY DELIVERING SUCH COPY TO AND LEAVING IT WITH HIS WIFE, <u>MARGARET ERWIN,</u>

AT <u>1423 NOB HILL AVENUE N SEATTLE, WA 98109</u> IN SAID KING COUNTY.

SHERIFF STEVE STRACHAN
KING COUNTY SHERIFF'S OFFICE

BY _____
SCOTT ALLEN
KING COUNTY DEPUTY SHERIFF
516 3rd AVENUE ROOM W-150
SEATTLE, WA 98104
TELEPHONE: (206) 296-3800
FAX: (206) 296-0918
E-MAIL: Civil.KCSO@kingcounty.gov

SHERIFF'S FEES

Mileage ($5.00)
Return of Service ($23.00)
Service Fee ($30.00)
Notary Fee ($10.00)

Total: $68.00

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 1 DAY OF June, 2012

_____
Sara Marie Grabko
NOTARY PUBLIC IN AND FOR THE STATE
OF WASHINGTON RESIDING IN SEATTLE
MY COMMISSION EXPIRES 3-15-2015