

## RETURN OF SERVICE

00517380/sh

| | | |
|---|---|---|
| STATE OF WASHINGTON ) | | NO. 11 CV 5331 (CS) NEW YORK UNITED STATES DISTRICT COURT for the |
| ) ss. | | |
| COUNTY OF KING ) | | PROCESS: Summons in a Civil Action & Second Amended Verified Complaint |

TRANSEO S.A.R.L. and PHILLIPPE GELBAT

vs.

BESSEMER VENTURE PARTNERS VI L.P., et al.

DATE RECEIVED: 5/22/2012
DATE SERVED: 5/24/2012 @ 2:30 PM
DATE OF RETURN: 5/25/2012
NAMED PARTY: <u>PETER PRICE</u>

I, MARK ARATANI, BEING FIRST DULY SWORN, UPON OATH, DEPOSE AND STATE THAT I AM A CITIZEN OF THE UNITED STATES, A CITIZEN AND RESIDENT OF THE STATE OF WASHINGTON, OVER THE AGE OF EIGHTEEN YEARS, NOT A PARTY TO, NOR INTERESTED IN ANY WAY IN THIS ACTION, AM COMPETENT TO BE A WITNESS THEREIN. I AM A DULY APPOINTED, QUALIFIED DEPUTY SHERIFF OF THE KING COUNTY SHERIFF'S OFFICE, KING COUNTY, STATE OF WASHINGTON, AND WAS SUCH DEPUTY SHERIFF AT ALL TIMES HEREIN MENTIONED. UNDER THE STATUTES OF THE STATE OF WASHINGTON, A DEPUTY SHERIFF POSSESSES THE POWER TO PERFORM CERTAIN DUTIES PRESCRIBED BY LAW TO BE PERFORMED BY THE SHERIFF, INCLUDING SERVING OR EXECUTING ACCORDING TO LAW ALL PROCESS, WRITS, PRECEPTS, AND ORDERS ISSUED OR MADE BY LAWFUL AUTHORITY AND TO HIM DIRECTED.

I RECEIVED THE ABOVE NAMED PROCESS AND PERSONALLY SERVED A TRUE COPY OF SAID PROCESS UPON THE NAMED PARTY, <u>PETER PRICE</u>, ON THE DATE ABOVE SPECIFIED,

AT <u>10900 NE 8TH STREET BELLEVUE, WA</u> IN SAID KING COUNTY.

SHERIFF STEVE STRACHAN
KING COUNTY SHERIFF'S OFFICE

BY _/s/ Mark Aratani_
MARK ARATANI
KING COUNTY DEPUTY SHERIFF
516 3rd AVENUE ROOM W-150
SEATTLE, WA 98104
TELEPHONE: (206) 296-3800
FAX: (206) 296-0918
E-MAIL: Civil.KCSO@kingcounty.gov

SUBSCRIBED AND SWORN TO BEFORE ME THIS 24 DAY OF May, 2012

_Eva Marie Cunio_
Eva Marie Cunio
NOTARY PUBLIC IN AND FOR THE STATE OF WASHINGTON RESIDING IN SEATTLE
MY COMMISSION EXPIRES 9/23/12

SHERIFF'S FEES

Mileage ($22.00)
Return of Service ($23.00)
Service Fee ($30.00)
Notary Fee ($10.00)

Total: $85.00

