**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-11-13

MEMO ENDORSED

4/25/13 conference adjourned to:
May 16, 2013 @ 10:00 AM

April 11, 2013

So Ordered.

*Cathy Seibel*

Cathy Seibel, U.S.D.J.

Dated: 4/11/13

VIA FACSIMILE
914-390-4278

Honorable Cathy Seibel
United States District Court for the Southern
District of New York
The Hon. Charles L. Brieant Jr. Federal
Building and Courthouse
300 Quarropas Street, Room 218
White Plains, NY 10601-4150

Re: *Transeo S.A.R.L. and Philippe Gelblat v. Bessemer Venture Partners VI L.P., et al.*, 11-CV-5331 (CS) (PED)

Dear Judge Seibel:

    The parties to the above-referenced action write jointly to request that the Court reschedule the upcoming status conference, as Defendants' counsel has an unavoidable conflict.

    By way of background, Plaintiffs Transeo S.A.R.L. and Philippe Gelblat filed their Second Amended Complaint on May 14, 2012. Bessemer Venture Partners VI L.P., Bessemer Venture Partners VI Institutional L.P., Bessemer Venture Partners Co-Investment L.P., Deer VI & Co. LLC, Jeremy Levine, Jeffrey Erwin, and Peter Price (collectively, the "Defendants") filed a motion to dismiss on June 13, 2012, which was granted in part and denied in part by Opinion and Order dated March 29, 2013.

**quinn emanuel urquhart & sullivan, llp**

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100
CHICAGO | 500 West Madison Street, Suite 2450, Chicago, Illinois 60661 | TEL 312-705-7400 FAX 312-705-7401
WASHINGTON, D.C. | 1299 Pennsylvania Avenue NW, Suite 825, Washington, D.C. 20004 | TEL 202-538-8000 FAX 202-538-8100
LONDON | 16 Old Bailey, London EC4M7EG, United Kingdom | TEL +44 (0) 20 7653-2000 FAX +44 (0) 20 7653-2100
TOKYO | NBF Hibiya Bldg., 25F, 1-1-7 Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 (0) 3 5510-1711 FAX +81 (0) 3 5510-1712
MANNHEIM | Mollstraße 42, Mannheim 68165, Germany | TEL +49 (0) 621 43298-6000 FAX +49 (0) 621 43298-6100
HAMBURG | An der Alster 3, Hamburg 20099, Germany | TEL +49 (0) 40 89728-7000 FAX +49 (0) 40 89728-7100
MOSCOW | 10 Vozdvizhenka Street, 3rd Floor, Moscow 125009, Russia | TEL +7 495-797-3666 FAX +7 495-797-3667

In that Opinion and Order, the Court scheduled a status conference for April 25, 2013 at 4:00 p.m.

Unfortunately, Defendants' counsel, Michael Carlinsky, has a commitment on another matter on that date, which he is unable to reschedule. The parties have conferred and are available on May 16 and 17, 2013. The parties respectfully request that the status conference be scheduled within that period at the Court's convenience.

Respectfully submitted,

Renita Sharma

*Counsel for Defendants*


cc:     David Jacoby, counsel for Plaintiffs

# QUINN EMANUEL URQUHART & SULLIVAN, LLP

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
(213) 443-3000
Facsimile: (213) 443-3100

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010-1601
(212) 849-7000
Facsimile: (212) 849-7100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111-4788
(415) 875-6600
Facsimile: (415) 875-6700

*INTERNATIONAL OFFICES:*

LONDON
TOKYO
MANNHEIM
MOSCOW
HAMBURG
PARIS

**SILICON VALLEY**
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065-2139
(650) 801-5000
Facsimile: (650) 801-5100

**CHICAGO**
500 W. Madison Street, Suite 2450
Chicago, IL 60661-2510
(312) 705-7400
Facsimile: (312) 705-7401

**WASHINGTON, DC**
1299 Pennsylvania Avenue NW
Suite 825
Washington, DC 20004-2400
(202) 538-8000
Facsimile: (202) 538-8100

## NEW YORK OFFICE
## FACSIMILE TRANSMISSION

**DATE:** April 11, 2013

**NUMBER OF PAGES, INCLUDING COVER:** 3

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Honorable Cathy Seibel<br>Honorable Charles L. Brieant Jr.<br>United States District Court for the Southern District of New York<br>Judge Seibel's Chambers | | 914-390-4278 |

**FROM:** Renita N. Sharma
(212) 849-7413
renitasharma@quinnemanuel.com

**RE:** *Transeo S.A.R.L. and Philippe Gelblat v. Bessemer Venture Partners VI L.P., et al.*,
11-CV-5331 (CS) (PED)

**MESSAGE:**

Please see the attached letter.

| CLIENT # | 62232 | ROUTE/RETURN TO: | | ☐ CONFIRM FAX<br>☐ INCLUDE CONF. REPORT |
|---|---|---|---|---|
| OPERATOR: | | | CONFIRMED? ☐ NO ☐ YES: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (212) 849-7000 AS SOON AS POSSIBLE.