UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK (WHITE PLAINS)

| | |
|---|---|
| TRANSEO S.A.R.L. and PHILIPPE GELBLAT, Individually and Derivatively on Behalf of Nominal Defendant, NEUTRAL HOLDINGS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BESSEMER VENTURE PARTNERS VI L.P., BESSEMER VENTURE PARTNERS VI INSTITUTIONAL L.P., BESSEMER VENTURE PARTNERS CO-INVESTMENT L.P., DEER VI & CO. LLC, JEREMY LEVINE, JEFFREY ERWIN, and PETER PRICE,<br><br>Defendants,<br><br>and<br><br>NEUTRAL HOLDINGS, INC.,<br><br>Nominal Defendant. | 11 Civ. 5331 (CS) (PED) |

**STIPULATION AND [PROPOSED] ORDER EXTENDING
DEFENDANTS' TIME TO ANSWER THE SECOND AMENDED COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the respective parties as follows:

1. The time for Defendants Bessemer Venture Partners VI L.P., Bessemer Venture Partners VI Institutional L.P., Bessemer Venture Partners Co-Investment L.P., Deer VI & Co. LLC, Jeremy Levine, Jeffrey Erwin, Peter Price, and nominal defendant Neutral Holdings, Inc. (collectively, the "Defendants") to answer or otherwise respond to Plaintiffs' Second Amended Complaint is extended to and includes April 19, 2013.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-11-13
```

2. This stipulation shall not be construed to waive, and expressly preserves, any defenses or objections by Defendants to the Second Amended Complaint, except that Defendants agree to waive any objections to the absence of a summons or of service.

3. This stipulation may be signed in counterparts and signatures transmitted by facsimile, email or other electronic means shall have the same effect as original signatures.

_____
David Jacoby
SCHIFF HARDIN LLP
666 Fifth Avenue, Suite 1700
New York, NY 10103
Tel.: (212) 753-5000
Fax: (212) 753-5044

*Counsel for Plaintiffs*

Dated: April 10, 2013

_____
Michael B. Carlinsky
Hilary R. Ormond
Renita N. Sharma
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel.: (212) 849-7000
Fax: (212) 849-7100

*Counsel for Defendants*

Dated: April 11, 2013

**SO ORDERED:**

Dated: __4/11__, 2013

_____
Cathy Seibel
UNITED STATES DISTRICT JUDGE

2

# QUINN EMANUEL URQUHART & SULLIVAN, LLP

| LOS ANGELES | NEW YORK | SAN FRANCISCO | |
|---|---|---|---|
| 865 South Figueroa Street, 10th Floor | 51 Madison Avenue, 22nd Floor | 50 California Street, 22nd Floor | |
| Los Angeles, CA 90017-2543 | New York, NY 10010-1601 | San Francisco, CA 94111-4788 | *INTERNATIONAL OFFICES:* |
| (213) 443-3000 | (212) 849-7000 | (415) 875-6600 | |
| Facsimile: (213) 443-3100 | Facsimile: (212) 849-7100 | Facsimile: (415) 875-6700 | LONDON |
| | | | TOKYO |
| SILICON VALLEY | CHICAGO | WASHINGTON, DC | MANNHEIM |
| 555 Twin Dolphin Drive, 5th Floor | 500 W. Madison Street, Suite 2450 | 1299 Pennsylvania Avenue NW | MOSCOW |
| Redwood Shores, CA 94065-2139 | Chicago, IL 60661-2510 | Suite 825 | HAMBURG |
| (650) 801-5000 | (312) 705-7400 | Washington, DC 20004-2400 | PARIS |
| Facsimile: (650) 801-5100 | Facsimile: (312) 705-7401 | (202) 538-8000 | |
| | | Facsimile: (202) 538-8100 | |

## NEW YORK OFFICE
## FACSIMILE TRANSMISSION

**DATE:** April 11, 2013                    **NUMBER OF PAGES, INCLUDING COVER: 3**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Honorable Cathy Seibel<br>Honorable Charles L. Brieant Jr.<br>United States District Court for the Southern District of New York<br>Judge Seibel's Chambers | | 914-390-4278 |

**FROM:** Renita N. Sharma
(212) 849-7413
renitasharma@quinnemanuel.com

**RE:** *Transeo S.A.R.L. and Philippe Gelblat v. Bessemer Venture Partners VI L.P., et al.*, 11-CV-5331 (CS) (PED)

**MESSAGE:**

Please see the attached proposed Stipulation.

| CLIENT # | 62232 | ROUTE/ RETURN TO: | | ☐ CONFIRM FAX<br>☐ INCLUDE CONF. REPORT |
|---|---|---|---|---|
| OPERATOR: | | | CONFIRMED? | ☐ No  ☐ YES: |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

**IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (212) 849-7000 AS SOON AS POSSIBLE.**