DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
Transeo S.A.R.L.

       Plaintiff,

   v.

Bessemer Venture Partners VI L.P.

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**ORDER OF REFERENCE
TO A
MAGISTRATE JUDGE**

11 Civ. 05331 (CS)

The above entitled action is referred to the Honorable Paul E. Davison,

United States Magistrate Judge, for the following purpose(s):

_____ GENERAL PRE-TRIAL (includes
scheduling, discovery, non-dispositive
pre-trial motions and settlement)

_____ GENERAL PRE-TRIAL & DISPOSITIVE
MOTION (all purposes except trial)

_____ DISPOSITIVE MOTION (i.e., a motion
requiring a Report & Recommendation)

_____ SPECIFIC NON-DISPOSITIVE MOTION /
DISPUTE (including discovery dispute) *

_____

_____

_____ JURY SELECTION

_____ HABEAS CORPUS

_____ INQUEST AFTER DEFAULT /

DAMAGES HEARING

_____ SOCIAL SECURITY

__X__ SETTLEMENT (previously referred)

_____ CONSENT UNDER 28 U.S.C. 636(C)
FOR ALL PURPOSES (including trial)

_____ CONSENT UNDER 28 U.S.C. 636(C)
FOR LIMITED PURPOSE OF

_____

_____

Dated: May 30, 2013
   White Plains, New York

SO ORDERED:

_Cathy Seibel_
_____
United States District Judge

* Do not check if already referred for General Pre-Trial.