
# SCHIFF HARDIN LLP

666 FIFTH AVENUE, 17TH FLOOR
NEW YORK, NEW YORK 10103
t 212.753.5000
f 212.753.5044
www.schiffhardin.com

David Jacoby
212-745-0876
djacoby@schiffhardin.com

June 11, 2013

**BY TELECOPY**
**(914) 390-4256**
Hon. Paul E. Davison,
United States Magistrate Judge
U.S. District Court, Southern District
    of New York
300 Quarropas Street
White Plains, New York 10601-4150

**MEMO ENDORSED**

Re:   Transeo S.A.R.L. v. Bessemer, 11 CV 5331 (CS)(PED)

Dear Judge Davison:

This firm represents plaintiffs Transeo, S.A.R.L. and Philippe Gelbalt in the referenced action. Your Honor scheduled a settlement conference in the action for July 1, 2013. This will confirm that counsel for all parties have consented to adjourning the settlement conference to Wednesday, July 31, 2013 at 2:30 p.m., a time we understand to be available for the Court.

Respectfully submitted,

David Jacoby

cc.:   Renita Sharma, Esq. (by 'fax)
       Quinn Emanuel Urquhart & Sullivan, LLP
       Attorneys for defendants

NY\51431604.1

SO ORDERED:

...vison
...strate Judge
6-11-13