

# SCHIFFHARDIN LLP

666 FIFTH AVENUE, 17TH FLOOR
NEW YORK, NEW YORK  10103
t 212.753.5000
f 212.753.5044
www.schiffhardin.com

David Jacoby
212-745-0876
djacoby@schiffhardin.com

**MEMO ENDORSED**

July 31, 2013

Application Granted / ~~Denied~~
So Ordered.

*Cathy Seibel*

Cathy Seibel, U.S.D.J.

Dated: 8/1/13

(By Telecopy)
Hon. Cathy Seibel,
United States District Judge
The Hon. Charles L. Brieant Jr.
  Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601-4150

Re:  *Transeo S.A.R.L. et ano. v. Bessemer Venture Partners VI L.P., et al.*
     (11-cv-5331 (CS) (PED))

Dear Judge Seibel:

This firm represents Plaintiffs in the above-referenced action. Your Honor on May 29, 2013 had set today as a deadline for the parties to submit a joint letter of interim discovery deadlines, or, failing agreement, separate proposed schedules. Subsequently, the settlement conference before Magistrate Judge Davison was set for July 1, 2013 and then adjourned to today; and Plaintiffs submitted a pre-motion letter with respect to their contemplated motion for summary judgment on their breach of contract (Stockholders' Agreement) claim and Your Honor set August 7, 2013 for a pre-motion conference.

In view of the foregoing, Plaintiffs respectfully request that today's deadline be extended until after the discussion at the August 7 conference. There has been no prior request for such an adjournment. We have discussed this request with counsel for defendants at the Courthouse today and they have no objection.

Respectfully submitted,

*David Jacoby*

cc.: Quinn Emanuel Urquhart & Sullivan, LLP
     (by telecopy)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/2013
```

NY\51773485.1



# SCHIFF HARDIN LLP

666 Fifth Avenue, 17th Floor, New York, NY 10103 · 212.753.5000
Facsimile 212.753.5044

|  |  |
|---|---|
| ATTORNEY NO.: | 2524 |
| CLIENT/MATTER NO.: | 41230-0000 |
| DATE: | July 31, 2013 |

## FACSIMILE TRANSMITTAL SHEET

### TO THE FOLLOWING:

| Name | Company | Fax Number | Phone Number |
|---|---|---|---|
| HON. CATHY SEIBEL | U.S. DISTRICT JUDGE | 914 390-4278 | |
| MICHAEL B. CARLINSKY, ESQ. | QUINN EMANUEL URQUHART OLIVER & HEDGES LLP | 212 849-7100 | |
| ANDREW BERDON, ESQ. | QUINN EMANUEL URQUHART OLIVER & HEDGES LLP | 212 849-7100 | |

FROM:  David Jacoby            DIRECT DIAL NO.:  212-745-0876

Transmission consists of cover sheet plus 1 page(s).

If there are any problems with this transmission, please call 212 745-0876.

**COMMENTS:**

Please see attached.

IMPORTANT - THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT READING, DISSEMINATING, DISTRIBUTING OR COPYING THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU

*(For Internal Use Only)* PLEASE RETURN THIS DOCUMENT TO:

Name: David Jacoby
SENT OUT:
Date: _____  Time: _____  A.M./P.M.
By: _____

Transmittal Problems:                           Time
☐ Constant Busy
☐ Constant Ringing
☐ Bad Line
☐ Equipment Problem

NY\51143074.1