# UNITED STATES DISTRICT COURT

The Charles L. Brieant, Jr
Federal Building and United States Courthouse
300 Quarropas Street.
White Plains, New York 10601
914 390 4250

Chambers of
**Hon. Paul E. Davison**
United States Magistrate Judge

August 9, 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Transseo S.A.R.L, et al**<br><br>                                    Plaintiff,<br><br>*- against -*<br><br><br>**Bessemer Venture Partners VI L.P., et al**<br><br>                                    Defendant, | **SCHEDULING ORDER**<br><br>11-cv-05331-CS-PED |

TO ALL PARTIES:

The Court has scheduled a **telephone conference** before the Honorable Paul E. Davison, United States Magistrate Judge, on **September 10, 2013 at 10:00 am.** **Plaintiff's counsel** will be responsible for placing the conference call.  Please have all parties on the line when calling chambers.

**PLEASE NOTIFY YOUR ADVERSARY OF THIS SCHEDULE IMMEDIATELY**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: **Aug 9, 2013**

SO ORDERED:

*/s/ Paul E. Davison*
Hon. Paul E. Davison
United States Magistrate Judge