UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
Transeo S.A.R.L.,

                Plaintiff,

       v.

Bessemer Venture Partners VI L.P.,

                Defendant.
------------------------------------X

**ORDER OF REFERENCE
TO A
MAGISTRATE JUDGE**

11 Civ. 5331 (CS)

The above entitled action is referred to the Honorable Paul E. Davison, United States Magistrate Judge, for the following purpose(s):

| | |
|---|---|
| __X__ GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement) | ____ HABEAS CORPUS |
| ____ GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial) | ____ INQUEST AFTER DEFAULT / DAMAGES HEARING |
| ____ DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation) | ____ SOCIAL SECURITY |
| | ____ SETTLEMENT |
| ____ SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) * | ____ CONSENT UNDER 28 U.S.C. 636(C) FOR ALL PURPOSES (including trial) |
| _____ | ____ CONSENT UNDER 28 U.S.C. 636(C) FOR LIMITED PURPOSE OF |
| ____ JURY SELECTION | _____ |

Dated: August __9__ 2013
White Plains, New York

SO ORDERED:

*signature: Cathy Seibel*

United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/9/2013

\* Do not check if already referred for General Pre-Trial

P:\FORMS\Order of Reference.wpd

Rev. 9/10