UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK (WHITE PLAINS)

| | |
|---|---|
| TRANSEO S.A.R.L. and PHILIPPE GELBLAT,<br><br>    Plaintiffs,<br><br>v.<br><br>BESSEMER VENTURE PARTNERS VI L.P., BESSEMER VENTURE PARTNERS VI INSTITUTIONAL L.P., and BESSEMER VENTURE PARTNERS CO-INVESTMENT L.P., ET AL.<br><br>    Defendants,<br><br>and<br><br>NEUTRAL HOLDINGS, INC.,<br><br>    Nominal Defendant and Counterclaim Plaintiff,<br><br>and<br><br>INTEGO, INC. and INTEGO SA,<br><br>    Counterclaim Plaintiffs. | 11 CV 5331 (CS) (PED) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for Defendants Bessemer Venture Partners VI L.P., Bessemer Venture Partners VI Institutional L.P., Bessemer Venture Partners Co-Investment L.P., Deer VI & Co. LLC, Mr. Jeremy Levine, Mr. Jeffrey Erwin, and Mr. Peter Price; Nominal Defendant and Counterclaim Plaintiff Neutral Holdings, Inc.; and Counterclaimants Intego SA and Intego, Inc.

I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
August 1, 2013

By: /s/ Renita N. Sharma
Renita N. Sharma
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, New York  10010
Tel: (212) 849–7000
Fax: (212) 849–7100
Email: *renitasharma@quinnemanuel.com*

*Attorney for Defendants, Nominal Defendant and Counterclaim Plaintiff, and Counterclaimants*