UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK (WHITE PLAINS)

| | | |
|---|---|---|
| TRANSEO S.A.R.L. and PHILIPPE GELBLAT, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| BESSEMER VENTURE PARTNERS VI L.P., BESSEMER VENTURE PARTNERS VI INSTITUTIONAL L.P., and BESSEMER VENTURE PARTNERS CO-INVESTMENT L.P., ET AL., | ) ) ) ) ) | 11 CV 5331 (CS) (PED) |
| Defendants, | ) ) | |
| and | ) ) | |
| NEUTRAL HOLDINGS, INC. | ) | |
| Nominal Defendant and Counterclaim Plaintiff, | ) ) | |
| and | ) | |
| INTEGO, INC. and INTEGO SA, | ) | |
| Counterclaim Plaintiffs. | ) | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for Plaintiffs Transeo S.A.R.L. and Philippe Gelblat.

I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
       August 27, 2013

By: _____
Philippe C.M. Manteau
Schiff Hardin LLP
666 Fifth Avenue, 17th Floor
New York, NY 10103
Tel: (212) 753-5000
Fax: (212) 753-5044
Email: pmanteau@schiffhardin.com

Attorney for Plaintiffs
TRANSEO S.A.R.L. and PHILIPPE
GELBLAT

NY\51793386.1