UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK (WHITE PLAINS)

---

TRANSEO S.A.R.L. and PHILIPPE GELBLAT,

        Plaintiffs,

v.

BESSEMER VENTURE PARTNERS VI L.P., BESSEMER VENTURE PARTNERS VI INSTITUTIONAL L.P., and BESSEMER VENTURE PARTNERS CO-INVESTMENT L.P., ET AL.

        Defendants,

and

NEUTRAL HOLDINGS, INC.,
        Nominal Defendant and Counterclaim Plaintiff,

and

INTEGO, INC. and INTEGO SA,

        Counterclaim Plaintiffs.

11 CV 5331 (CS)(PED)

**NOTICE OF WITHDRAWAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/2013

---

**NOTICE OF WITHDRAWAL**

    PLEASE TAKE NOTICE that Hilary Ormond, formerly of Quinn Emanuel Urquhart & Sullivan, LLP, hereby withdraws her appearance as counsel for Defendants Bessemer Venture Partners VI L.P., Bessemer Venture Partners VI Institutional L.P., Bessemer Venture Partners Co-Investment L.P., Deer VI & Co. LLC, Jeremy Levine, Jeffrey Erwin, Peter Price, Neutral Holdings, Inc., Intego, Inc., and Intego SA ("Defendants") in the above-referenced matter. Additionally, the

1

undersigned requests that Ms. Ormond be removed from the service list of Defendants' counsel.

Dated: September 3, 2013
New York, NY

QUINN EMANUEL URQUHART
& SULLIVAN, LLP

By: /s/ Andrew Berdon
Andrew Berdon

51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel.: (212) 849-7000

*Attorney for Bessemer Venture Partners VI L.P., Bessemer Venture Partners VI Institutional L.P., and Bessemer Venture Partners Co-Investment L.P., et al.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 3, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

By: /s/ Andrew Berdon
Andrew Berdon

So Ordered:

_____
USDJ Cathy Seibel

Dated: September 4, 2013
White Plains, N.Y.

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK (WHITE PLAINS)

| | |
|---|---|
| TRANSEO S.A.R.L. and PHILIPPE GELBLAT,<br><br>Plaintiffs,<br><br>v.<br><br>BESSEMER VENTURE PARTNERS VI L.P., BESSEMER VENTURE PARTNERS VI INSTITUTIONAL L.P., and BESSEMER VENTURE PARTNERS CO-INVESTMENT L.P., ET AL.<br><br>Defendants,<br><br>and<br><br>NEUTRAL HOLDINGS, INC.,<br><br>Nominal Defendant and Counterclaim Plaintiff,<br><br>and<br><br>INTEGO, INC. and INTEGO SA,<br><br>Counterclaim Plaintiffs. | 11 CV 5331 (CS) (PED) |

## DECLARATION OF ANDREW M. BERDON

1. Pursuant to Local Civil Rule 1.4, I respectfully request leave to withdraw the appearance of Hilary Ritter Ormond as Counsel for Bessemer Venture Partners VI L.P., Bessemer Venture Partners VI Institutional L.P., Bessemer Venture Partners Co-Investment L.P., Deer VI & Co. LLC, Jeremy Levine, Jeffrey Erwin, Peter Price, Neutral Holdings, Inc., Intego S.A., and Intego, Inc. (collectively, the "Defendants").

2. Ms. Ormond entered an appearance on behalf of the Defendants on September 7, 2011 (Dkt. 5).