UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK (WHITE PLAINS)

| | |
|---|---|
| TRANSEO S.A.R.L. AND PHILIPPE GELBLAT,<br><br>Plaintiffs,<br><br>v.<br><br>BESSEMER VENTURE PARTNERS VI L.P., BESSEMER VENTURE PARTNERS VI INSTITUTIONAL L.P., AND BESSEMER VENTURE PARTNERS CO-INVESTMENT L.P.,<br><br>Defendants.<br><br>and<br><br>NEUTRAL HOLDINGS, INC.,<br><br>Nominal Defendant and Counterclaim Plaintiff,<br><br>and<br><br>INTEGO, INC. AND INTEGO SA,<br><br>Counterclaim Plaintiffs. | 11 CV 5331 (CS) (PED) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for Plaintiffs Transeo S.A.R.L. and Philippe Gelblat.

I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
       November 11, 2013

By: _____
Thomas P. Battistoni (TB 8012)
Schiff Hardin LLP
666 Fifth Avenue, 17th Floor
New York, New York  10103
Tel.:  (212) 753-5000
Fax:  (212) 753-5044
Email:  tbattistoni@schiffhardin.com

*Attorneys for Plaintiffs Transeo S.A.R.L. and Philippe Gelblat*

NY\51858303.1