UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK (WHITE PLAINS)

| | |
|---|---|
| TRANSEO S.A.R.L. and PHILIPPE GELBLAT,<br><br>    Plaintiffs,<br><br>v.<br><br>BESSEMER VENTURE PARTNERS VI L.P., BESSEMER VENTURE PARTNERS VI INSTITUTIONAL L.P., and BESSEMER VENTURE PARTNERS CO-INVESTMENT L.P., ET AL.<br><br>    Defendants,<br><br>and<br><br>NEUTRAL HOLDINGS, INC.,<br><br>    Nominal Defendant and Counterclaim Plaintiff,<br><br>and<br><br>INTEGO, INC. and INTEGO SA,<br><br>    Counterclaim Plaintiffs. | 11 CV 5331 (CS) (PED)<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

    Plaintiffs Transeo S.A.R.L. and Philippe Gelblat (the "Plaintiffs") and Defendants Bessemer Venture Partners VI L.P., Bessemer Venture Partners VI Institutional L.P., Bessemer Venture Partners Co-Investment L.P., Deer VI & Co. LLC, Jeremy Levine, Jeffrey Erwin, and Peter Price (the "Defendants"), Nominal Defendant and Counterclaim Plaintiff Neutral Holdings, Inc. (the "NHI") and Counterclaim Plaintiffs Intego S.A. and Intego, Inc. (collectively, with NHI, the "Counterclaim Plaintiffs"), pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby jointly move for an order dismissing all of Plaintiffs' claims in this action as to all Defendants with

prejudice, and dismissing all of Defendants' and Counterclaim Plaintiffs' counterclaims as to all Plaintiffs with prejudice. Each party shall bear its own attorneys' fees and costs.

**STIPULATED AND AGREED TO this 6th day of November, 2014.**

Philippe C/M. Manteau
(pmanteau@schiffhardin.com)
Thomas P. Battistoni
(tbattistoni@schiffhardin.com)
SCHIFF HARDIN LLP
666 Fifth Avenue, 17th Floor
New York, NY 10103
Telephone: (212) 745-0876
Facsimile: (212) 753-5044

*Attorney for Plaintiffs*
Transeo S.A.R.L. and Philippe Gelblat

Michael B. Carlinsky
(michaelcarlinsky@quinnemanuel.com)
Andrew M. Berdon
(andrewberdon@quinnemanuel.com)
Renita Sharma
(renitasharma@quinnemanuel.com)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Defendants*
Bessemer Venture Partners VI L.P.,
Bessemer Venture Partners VI Institutional L.P., Bessemer Venture Partners Co-Investment L.P., Deer VI & Co., Jeremy Levine, Jeffrey Erwin and Peter Price

*Attorneys for Nominal Defendant and Counterclaim Plaintiff*
Neutral Holdings, Inc.

*Attorneys for Counterclaim Plaintiffs*
Intego SA and Intego, Inc.